# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERICA C. MACIAS,<br><br>　　　Plaintiff<br><br>v.<br><br>THE TRAVELERS INDEMNITY COMPANY,<br><br>　　　Defendant | Case No.: 2:25-cv-00900-APG-NJK<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of the defendant's response to the order to show cause (ECF No. 13),

I ORDER that the order to show cause (ECF No. 8) is satisfied and I will not remand this action for lack of subject matter jurisdiction at this time.

DATED this 11th day of June, 2025.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE