# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERICA C. MACIAS,<br><br>    Plaintiff(s),<br><br>v.<br><br>THE TRAVELERS INDEMNITY COPMANY,<br><br>    Defendant(s). | Case No. 2:25-cv-00900-APG-NJK<br><br>**ORDER**<br><br>[Docket No. 23] |

Pending before the Court is a stipulation to file an amended complaint, Docket No. 23, which is **GRANTED**. Plaintiff must promptly file and serve the amended complaint. Local Rule 15-1(b).

IT IS SO ORDERED.

Dated: August 1, 2025

                                                                               _____<br>
                                                                               Nancy J. Koppe<br>
                                                                               United States Magistrate Judge