✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| United States District Court | **District of** | Nevada |

Erica C. Macias

Plaintiff(s),

V.

The Travelers Indemnity Company

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:25-cv-00900-APG-NJK

Notice is hereby given that, subject to approval by the court, **Erica C. Macias** substitutes
(Party(s) Name)

**Ryan Alexander, Esq.**, State Bar No. **10845** as counsel of record in
(Name of New Attorney)

place of **Jessica Parra, Esq.**
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | RYAN ALEXANDER, CHTD |
| Address: | 3017 West Charleston Blvd., Suite 10, Las Vegas, NV 89102 |
| Telephone: | (702) 868-3311    Facsimile (702) 822-1133 |
| E-Mail (Optional): | ryan@ryanalexander.com |

I consent to the above substitution.

Date: 8/27/2025

/s/Erica C. Macias
(Signature of Party(s))

I consent to being substituted.

Date: 8/27/2025

/s/Jessica Parra
(Signature of Former Attorney(s))

I consent to the above substitution.

Date: 8/27/2025

[signature]
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: August 28, 2025

[signature]
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**