# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Erica Macias,<br><br>    Plaintiff(s),<br><br>v.<br><br>The Travelers Indemnity Company,<br><br>    Defendant(s). | Case No. 2:25-cv-00900-APG-NJK<br><br>**Order** |

Pending before the Court is an order for Attorney Hanson to either comply with Local Rule IA 11-1(b)(2) or show cause in writing why he should not be required to do so. Docket No. 33; *see also* Docket No. 22. Attorney Hanson filed a response, indicating that he intends to utilize local office space as a bona fide office. Docket No. 26. Based on the representations made, the Court discharges the pending order to show cause.[1]

IT IS SO ORDERED.

Dated: September 25, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Attorney Hanson indicates that he is also willing to designate a local attorney as contemplated by the local rule, if required to do so by the Court. At this juncture, the Court takes counsel at his word that the space identified is intended to be run as a bona fide office. If Attorney Hanson's intentions do not come to be, he is of course required to comply with the local rules.

1