# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Erica Macias,<br>　　　　Plaintiff(s),<br>v.<br>The Standard Fire Insurance Company,<br>　　　　Defendant(s). | Case No. 2:25-cv-00900-APG-NJK<br>**Order**<br>[Docket No. 36] |

Pending before the Court is a stipulation to extend case management deadlines by 60 days. Docket No. 36.[1] The stipulation identifies the wrong rule, *see* Docket No. 36 at 2 (citing "Local Rule 7026(c)"), and does not comply with the requirements embodied in the governing rule, *see* Local Rule 26-3. The stipulation seeks new expert deadlines that fall after the discovery cutoff, Docket No. 36 at 3, without explaining how that would work in practice. For example, the parties' proposed schedule would preclude the taking of expert depositions as discovery would be closed when the expert disclosures would be made. Accordingly, the stipulation is **DENIED** without prejudice. Counsel must familiarize themselves with the local rules of this Court and must ensure that they carefully review papers before they are filed.

IT IS SO ORDERED.

Dated: November 18, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The complaint was amended to correct the name of the defendant, changing it from The Travelers Indemnity Company to The Standard Fire Insurance Company. *See, e.g.*, Docket No. 23. The instant stipulation and filings throughout the docket continue to identify the defendant as Travelers despite that amendment. *See, e.g.*, Docket No. 27. Future filings must provide the correct caption and identify the correct defendant in the body.