RYAN ALEXANDER, ESQ.
Nevada Bar No. 10845
NOAH A. DURAN, ESQ.
Nevada Bar No. 15033
RYAN ALEXANDER, CHTD.
3017 W. Charleston Blvd., Ste. 10
Las Vegas, Nevada 89102
Telephone: (702) 333-8888
Facsimile: (702) 822-1133
ryan@ryanalexander.com
noah@ryanalexander.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERICA MACIAS,<br>Plaintiff,<br><br>v.<br><br>THE STANDARD FIRE INSURANCE COMPANY, a Foreign Corporation licensed to do business in the State of Nevada; DOES I through V, inclusive; and ROE CORPORATIONS I through V, inclusive,<br>Defendants. | Case No. 2:25-cv-00900-APG-NJK<br>Hon. Nancy J. Koppe<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ERICA MACIAS, by and through her attorneys of records, RYAN ALEXANDER, ESQ. and NOAH A. DURAN, ESQ. of RYAN ALEXANDER, CHTD, and Defendant THE STANDARD FIRE INSURANCE COMPANY, by and through its attorney of records, JOHN R. HANSON, ESQ. of WORTHE HANSON WORTHE & KASKIW, LLP, that pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the

//

//

//

//

//



RYAN ALEXANDER, CHTD.
3017 WEST CHARLESTON BOULEVARD SUITE 10, LAS VEGAS, NEVADA 89102

RYAN ALEXANDER, CHTD.
3017 WEST CHARLESTON BOULEVARD SUITE 10, LAS VEGAS, NEVADA 89102

above entitled action is hereby dismissed with prejudice, with each party to bear their own attorney's fees and costs.

DATED July 14, 2026.

RYAN ALEXANDER, CHTD.

*/s/ Noah A. Duran*
RYAN ALEXANDER, ESQ.
Nevada Bar No. 10845
NOAH A. DURAN, ESQ.
Nevada Bar No. 15033
*Attorneys for Plaintiff*

DATED July 14, 2026.

WORTHE HANSON WORTHE & KASKIW, LLP

*/s/ John R. Hanson*
JOHN R. HANSON, ESQ.
Nevada Bar No. 13141
*Attorneys for Defendant*

**ORDER**

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear their own costs and fees. The Clerk of the Court is kindly instructed to close this case.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Dated: July 15, 2026